5 P.3d 972

# SUPREME COURT OF HAWAI'I

## May 31, 2000

| | | |
|---|---|---|
| 22645 | State v. Siquig | Affirmed |

## June 19, 2000

| | | |
|---|---|---|
| 22077 | Galasinao v. Macanas | Affirmed |

## July 17, 2000

| | | |
|---|---|---|
| 22836 | Animal Haven, Inc. v. Hawaiian Humane Soc. | Affirmed |

## July 27, 2000

| | | |
|---|---|---|
| 21537 | Hanawahine v. State | Affirmed |
| 22500 | State v. Lyons | Affirmed |

## July 31, 2000

| | | |
|---|---|---|
| 22730 | State v. Montira | Affirmed |

## August 10, 2000

| | | |
|---|---|---|
| 22573 | State v. Grindling | Affirmed |
| 22932 | State v. Souza | Affirmed |

## August 15, 2000

| | | |
|---|---|---|
| 22240 | Duda v. Rockwell Power Systems Co. | Affirmed |